| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SCSBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AYOUB MOEINI, | ) |
| | ) No. C 07-0867 JW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **STIPULATION TO EXTEND DATE OF** |
| ALBERTO GONZALES, Attorney General | ) **CASE MANAGEMENT CONFERENCE;** |
| of the United States; MICHAEL CHERTOFF, | ) **AND [PROPOSED] ORDER** |
| Secretary of the United States' Department of | ) |
| Homeland Security; EDUARDO AGUIRRE, | ) |
| Acting Director of the Bureau of Citizenship | ) |
| and Immigration Service; and DAVID STILL, | ) |
| Director of the San Francisco District Office | ) |
| of the Bureau of Citizenship and Immigration | ) |
| Services, | ) |
| | ) |
| Defendants. | ) |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 90-day extension of the case management conference in this case, based on the following:

1. The plaintiff filed an application for naturalization with the United States Citizenship and Immigration Services (USCIS) on August 10, 2004.

2. As part of its processing of the naturalization application, the USCIS asked the FBI to conduct a name check of the plaintiff on August 23, 2004.

STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE
C07-0867 JW                                                        1

3. The plaintiff was interviewed on his naturalization application on March 21, 2005.

4. To date, the FBI has not yet completed the name check of the plaintiff.

5. On February 9, 2007, the plaintiff filed an action under 8 U.S.C. § 1447(b), which provides that if the USCIS has failed to make a determination on an individual's application for naturalization within 120 days after the date on which the applicant is examined, the applicant may apply to the United States District Court for a hearing on the matter, and the District Court "may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter."

6. On March 14, 2007, the USCIS asked the FBI to expedite the plaintiff's name check.

7. The parties respectfully ask this Court to extend the date of the case management conference, currently scheduled for May 21, 2007, for ninety days in light of the reasonable possibility that the FBI will complete the name check within that period of time and the USCIS can then adjudicate the naturalization application.

8. The parties ask this Court to re-schedule the case management conference for **August 20, 2007, at 10:00 a.m.**

Dated:  April 24, 2007                    Respectfully submitted,

                                                                  SCOTT N. SCHOOLS
United States Attorney

                                                                  /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: April 24, 2007                     /s/
NEDA A. ZAMAN
Law Offices of Neda A. Zaman
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  April 25 2007

_____
JAMES WARE
United States District Judge

STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE
C07-0867 JW                                  2