SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AYOUB MOEINI,<br><br>        Plaintiff,<br><br>      v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the United States' Department of Homeland Security; EDUARDO AGUIRRE, Acting Director of the Bureau of Citizenship and Immigration Service; and DAVID STILL, Director of the San Francisco District Office of the Bureau of Citizenship and Immigration Services,<br><br>        Defendants. | No. C 07-0867 JW<br><br>STIPULATION TO DISMISS and [~~PROPOSED~~] ORDER |

    Plaintiff, and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-0867 JW                       1

Date: July __, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: July 9, 2007

/s/ NEDA A. ZAMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 10, 2007

/s/ James Ware
JAMES WARE
United States District Judge

Stipulation to Dismiss
C07-0867 JW

2